IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| PATRICIO F. ROBISON,<br><br>          Plaintiff,<br><br>v.<br><br>DEPUTY STOKES,<br><br>          Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 1:17-CV-11-TS<br><br>District Judge Ted Stewart |
|---|---|

In an Order dated April 4, 2017, the Court required Plaintiff to within thirty days pay an initial partial filing fee of $22.25 and submit a consent to have the remaining fee collected in increments from his/her inmate account. To date, Plaintiff has done neither. Indeed, the order was returned to sender, marked, "Released." And Plaintiff has not since updated his/her address with the Court.

IT IS THEREFORE ORDERED that, because (s)he has failed to comply with the Court's order and has failed to prosecute his/her case, *see* DUCivR 41-2, Plaintiff's complaint is DISMISSED without prejudice. This case is CLOSED.

Dated June 13, 2017.

                                            BY THE COURT:

                                            TED STEWART<br>
                                            United States District Judge